UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MULTINATIONAL ASSOCIATION OF SUPPORTIVE CARE IN | CASE NO. 6:20-CV-01456 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| M C I GROUP CANADA INC | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant MCI Group Canada Inc.'s Motion to Dismiss for Failure to State a Claim (Doc. 10) is hereby **GRANTED** in part, and **DENIED** in part. The Motion to Dismiss is **GRANTED** to the extent that Plaintiff, Multinational Association of Supportive Care in Cancer's claim of unfair trade practice is **DISMISSED** with prejudice; otherwise the motion is denied and Plaintiff is allowed thirty (30) days from the date of this Judgment to comply with the notice provision of the Agreement and/or amend its Complaint to allege sufficient facts of its compliance of § 5.2 of the Agreement, and the specifics of § 5.2.2 of the Agreement.

**THUS DONE AND SIGNED** in Chambers on this 11th day of May, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE